ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Faith Enterprises, Inc. ) ASBCA Nos. 61277, 61515
)
Under Contract No. FA7000-15-C-0050 )

APPEARANCE FOR THE APPELLANT: Charles R. Lucy, Esq.
Holland & Hart LLP
Denver, CO

APPEARANCES FOR THE GOVERNMENT: Jeffrey P. Hildebrant, Esq.
Air Force Deputy Chief Trial Attorney
Colby L. Sullins, Esq.
Erika L. Whelan Retta, Esq.
Trial Attorneys

ORDER OF DISMISSAL

The appeals have been withdrawn. Accordingly, they are dismissed from the Board's docket with prejudice.

Dated: August 29, 2018

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61277, 61515, Appeals of Faith Enterprises, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals